No. 09-10906. Jesus Manuel Guzman, Petitioner v. United States.

561 U.S. 1019, 130 S. Ct. 3487, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5234.

June 21, 2010. Petition for writ of certiorari to the United States Court of Ap-

peals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 591 F.3d 83.